So Ordered.

Signed this 25 day of September, 2020.

_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

*IN RE*
RONALD BUTLER                                               **ORDER**
and FRANCSONIA BUTLER,

        Debtors.

Chapter 13
Case Number: 19-12324

    Upon the application of creditors Lawrence C. Eaton, Jr. and Tina Eaton for an Order granting relief from the automatic stay for purposes of the Creditors/plaintiffs continuing the prosecution of a Civil Action filed in New York State Supreme Court Albany County to the extent of the available insurance coverage; and this motion having come before the court on September 24, 2020, and there being no opposition to the motion and all parties having consented, and upon due deliberation, it is hereby

    ORDERED, that the Motion is granted; and it is further

    ORDERED, that the automatic stay pursuant to 11 U.S.C. 362 is hereby lifted to permit Lawrence C. Eaton, Jr. and Tina Eaton to continue the prosecution of the civil action in New

1

York State Supreme Court Albany County, *Lawrence C. Eaton, Jr. and Tina Eaton v. Kevin L Thomas and Ronald Butler,* Index No.: 908976-19 to verdict or settlement to the extent of the available insurance coverage.

# # #